1   RENE L. VALLADARES
    Federal Public Defender
2   Nevada State Bar No. 11479
    RAQUEL LAZO
3   Assistant Federal Public Defender
    Nevada State Bar No. 8540
4   411 E. Bonneville, Ste. 250
    Las Vegas, Nevada 89101
5   (702) 388-6577/Phone
    (702) 388-6261/Fax
6   Raquel_Lazo@fd.org

7   Attorney for Carlos Renteria

8
                    UNITED STATES DISTRICT COURT
9
                         DISTRICT OF NEVADA
10

11  UNITED STATES OF AMERICA,              Case No. 2:17-mj-690-NJK

12          Plaintiff,                     **STIPULATION TO CONTINUE
                                           PRELIMINARY HEARING**
13      v.                                 (First Request)

14  CARLOS RENTERIA,

15          Defendant.

16

17      IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre,

18  Acting United States Attorney, and Cristina D. Silva, Assistant United States Attorney, counsel

19  for the United States of America, and Rene L. Valladares, Federal Public Defender, and

20  Raquel Lazo, Assistant Federal Public Defender, counsel for Carlos Renteria, that the

21  Preliminary Hearing currently scheduled on July 17, 2017 at 4:00 p.m., be vacated and

22  continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

23      This Stipulation is entered into for the following reasons:

24      1.      The parties are attempting to work out a pre-indictment resolution.  Additional

25  time is needed to meet and confer with Mr. Renteria as well as review discovery with him.

26      2.      Defendant is incarcerated and does not object to a continuance.

3.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 12th day of July, 2017.

RENE L. VALLADARES
Federal Public Defender

STEVEN W. MYHRE
Acting United States Attorney


*/s/ Raquel Lazo*
By_____

RAQUEL LAZO
Assistant Federal Public Defender

*/s/ Cristina D. Silva*
By_____

CRISTINA D. SILVA
Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-mj-690-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| CARLOS RENTERIA, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on July 17, 2017 at the hour of 4:00 p.m., be vacated and continued to August 21, 2017, at 4:00 p.m., in Courtroom 3D.

DATED this 13th day of July, 2017.

_____
UNITED STATES MAGISTRATE JUDGE