# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-mj-00690-NJK |
| Plaintiff(s), | **ORDER** |
| v. | (Docket No. 15) |
| CARLOS ORTIZ RENTERIA, | |
| Defendant(s). | |

Pending before the Court is the Government's motion to strike Defendant's notice of right to be present in Court without shackles. Docket No. 15. The Court has already made a shackling determination. Docket No. 2. The motion to strike is therefore **DENIED** as moot.

IT IS SO ORDERED

Dated: July 21, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge