STEVEN W. MYHRE
Acting United States Attorney
District of Nevada
ALEXANDRA MICHAEL
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336 / Fax: (702) 388-5087
Alexandra.M.Michael@usdoj.gov

Counsel for Plaintiff United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-mj-00690-NJK |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| vs. | ) | PRELIMINARY HEARING |
| | ) | (*Fifth Request*) |
| CARLOS ORTIZ RENTERIA, | ) | |
| | ) | |
| Defendant. | ) | |

STIPULATION TO CONTINUE PRELIMINARY HEARING

IT IS HEREBY STIPULATED AND AGREED, by and between STEVEN W. MYHRE, Acting United States Attorney, and Alexandra Michael., Assistant United States Attorney, counsel for the United States of America, and Raquel Lazo, AFPD., counsel for Defendant CARLOS ORTIZ RENTERIA, that the preliminary hearing for the above-captioned matter, currently scheduled for December 5, 2017, at the hour of 4:00 p.m., be vacated and continued to a date and time convenient for this Court, but in no event earlier than forty-five (45) days.

This stipulation is entered for the following reasons:

1. The government needs additional time to prepare to present a preliminary hearing and/or present an indictment against the defendant.

2. The defendant is in custody does not object to the continuance.

3. The parties agree to the continuance.

4. Denial of this request for continuance of the preliminary hearing would potentially prejudice both the Defendant and the Government and unnecessarily consume this Court's valuable resources, taking into account the exercise of due diligence.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. The additional time requested by this stipulation is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(b) and 3161(h)(8)(A), considering the factors under 18 U.S.C. § 3161(h)(8)(B)(i) and (iv).

7. This is the fifth request for a continuance of the preliminary hearing herein.

DATED: November 29, 2017.

/s/
ALEXANDRA MICHAEL
Assistant United States Attorney
Counsel for the United States

/s/
RAQUEL LAZO, AFPD
Counsel for Defendant RENTERIA

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:17-mj-00690-NJK |
| ) | |
| Plaintiff, ) | ORDER CONTINUING |
| ) | PRELIMINARY HEARING |
| vs. ) | |
| ) | |
| CARLOS ORTIZ RENTERIA ) | |
| ) | |
| Defendant. ) | |

## ORDER

Based on the pending Stipulation of counsel, and good cause appearing therefore, IT IS HEREBY ORDERED, that the preliminary hearing in the above-captioned matter, currently scheduled for December 5, 2017, at the hour of 4:00 p.m., be vacated and continued to January 23, 2018, at 4:00 p.m., in Courtroom 3C.

_____
UNITED STATES MAGISTRATE JUDGE
Dated: November 29, 2017