RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Carlos Renteria

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-mj-690-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| v. | (Seventh Request) |
| CARLOS RENTERIA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Cristina D. Silva, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Carlos Renteria, that the Preliminary Hearing currently scheduled on February 28, 2018 at 4:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than twenty-one (21) days.

This Stipulation is entered into for the following reasons:

1. A plea agreement has been executed by all parties. The parties are awaiting case assignment to a district judge and the setting of a change of plea hearing.

2. Defendant is incarcerated and does not object to a continuance.

3. The parties agree to the continuance.

4. Denial of this request for continuance of the preliminary hearing would potentially prejudice both the Defendant and the Government and unnecessarily consume this Court's valuable resources, taking into account the exercise of due diligence.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. The additional time requested by this stipulation is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(b) and 3161(h)(8)(A), considering the factors under 18 U.S.C. § 3161(h)(8)(B)(i) and (iv).

This is the seventh request for continuance filed herein.

DATED this 27th day of February, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| /s/ Raquel Lazo<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | /s/ Cristina D. Silva<br>By_____<br>CRISTINA D. SILVA<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CARLOS RENTERIA,<br><br>　　　　Defendant. | Case No. 2:17-mj-690-NJK<br><br>**ORDER** |

　　Based on the Stipulation of counsel and good cause appearing,

　　IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on February 28, 2018 at the hour of 4:00 p.m. be vacated and continued to March 22, 2018, at 4:00 p.m., in Courtroom 3D.

　　DATED this 27th day of February, 2018.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE