RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Carlos Renteria

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>CARLOS RENTERIA,<br><br>       Defendant. | Case No. 2:17-mj-690-NJK<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Ninth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Cristina D. Silva, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Carlos Renteria, that the Preliminary Hearing currently scheduled on April 12, 2018 at 4:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. Upon the filing of the plea agreement, this case was assigned to District Judge Boulware under Case No. 2:18-cr-0091-RFB-PAL. Judge Boulware has scheduled a hearing

for April 19, 2018 at 1:30 p.m. for Waiver of Indictment, Filing of a Superseding Criminal Information, Initial Appearance and Arraignment of Plea.

    2.    The requested continuance is necessary in order for Mr. Renteria to appear before Judge Boulware and formally enter his guilty plea.

    3.    Defendant is incarcerated and does not object to a continuance.

    4.    The parties agree to the continuance.

    5.    Denial of this request for continuance of the preliminary hearing would potentially prejudice both the Defendant and the Government and unnecessarily consume this Court's valuable resources, taking into account the exercise of due diligence.

    6.    Additionally, denial of this request for continuance could result in a miscarriage of justice.

    7.    The additional time requested by this stipulation is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(b) and 3161(h)(8)(A), considering the factors under 18 U.S.C. § 3161(h)(8)(B)(i) and (iv).

This is the ninth request for continuance filed herein.

DATED this 10th day of April, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Cristina D. Silva*<br>By_____<br>CRISTINA D. SILVA<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CARLOS RENTERIA,<br><br>    Defendant. | Case No. 2:17-mj-690-NJK<br><br>**ORDER** |

    Based on the Stipulation of counsel and good cause appearing,

    IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on Thursday, April 12, 2018 at the hour of 4:00 p.m. be vacated and continued to April 30, 2018, at 4:00 p.m., in a Las Vegas courtroom to be determined.

    DATED this 11th day of April, 2018.

                                                       _____
                                                     UNITED STATES MAGISTRATE JUDGE